447 A.2d 316

**COMMONWEALTH of Pennsylvania**

v.

**Clifton L. MEAD, Appellant.**

Superior Court of Pennsylvania.

Submitted May 22, 1981.

Filed June 25, 1982.

Joseph A. Mazza, Jr., Warren, for appellant.

John A. Aranyos, Assistant District Attorney, Warren, for Commonwealth, appellee.

Before PRICE, MONTGOMERY and VAN der VOORT, JJ.

PER CURIAM:

Counsel has failed to comply with the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *Commonwealth v. Baker*, 429 Pa. 209, 239 A.2d 201 (1968), as set forth in *Commonwealth v. Liska*, 252 Pa.Superior Ct. 103, 380 A.2d 1303 (1977). Counsel's request to withdraw (contained in appellant's brief) is therefore denied, and the record is remanded to the lower court with directions that counsel comply with the requirements set forth in *Commonwealth v. Liska* within 30 days of the date of this Order. We retain jurisdiction.